# IN UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA

IN RE: BEXTRA AND CELEBREX
MARKETING AND SALES PRACTICES
AND PRODUCT LIABILITY LITIGATION

MDL Docket No. 1699

Judge Charles R. Breyer

This document relates to:

**ANNIE EVANS,**

**STIPULATION AND ORDER
OF DISMISSAL WITHOUT
PREJUDICE ONLY AS TO
CASE NO. 3:07-cv-00907**

**Plaintiff,**

**v.**

**PFIZER, INC. et. al.,**

**Defendants.**

**IT IS HEREBY STIPULATED AND AGREED** by and between counsels for the Plaintiff and counsel for the Defendants that the Complaint of Plaintiff Annie Evans is herby dismissed without prejudice.

1.  Plaintiff is Annie Evans; defendants are Pfizer, Inc., Pharmacia Corporation, Monsanto Company, and G.D. Searle L.L.C.;

2.  On February 13, 2007, plaintiff sued defendants;

3.  Plaintiff moves to dismiss her claims against defendants;

4.  Defendants have not answered these claims;

5.  This case is not a class action;

6.  A receiver has not been appointed to this action;

1

7.   Plaintiff has not dismissed an action based on or including the same claims
as those present in this suit.

8.   Should Plaintiff or a representative of Plaintiff attempt to re-file her claims
against Defendants, they shall do so only by filing said claims in federal
court.

Respectfully submitted:

Dated: 6/22/07              By: _Navan Ward Jr_
                            Navan Ward, Jr. (AL State Bar No. WAR062)
                            Email:  navan.ward@beasleyallen.com
                            Jere L. Beasley (AL State Bar No. BEA020)
                            Email:  jere.beasley@beasleyallen.com
                            Gerald B. Taylor, Jr. (AL State Bar No. TAY026)
                            Email:  jerry.taylor@beasleyallen.com
                            Andy D. Birchfield, Jr. (AL State Bar No. BIR006)
                            Email:  andy.birchfield@beasleyallen.com
                            BEASLEY, ALLEN, CROW, METHVIN,
                            PORTIS & MILES, P.C.
                            Post Office Box 4160
                            Montgomery, Alabama 36103-4160
                            (334) 269-2343 telephone
                            (334) 954-7555 facsimile

                            *Attorneys for Plaintiff*

Dated: June 26, 2007        **GORDON & REES**

                            _Stuart M. Gordon_
                            Stuart M. Gordon, Esq.
                            Embarcadero Center West
                            275 Battery Street 20th Floor
                            San Francisco, CA 9411
                            (415) 986-5900 (Tel.)
                            (415) 986-8054 (Fax)

                            *Defendant's Liaison Counsel*

2

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: __June 28, 2007__



Hon. Charles R. Breyer
United States District Court

IT IS SO ORDERED

Judge Charles R. Breyer

3