1  Frank Woodson
   Navan Ward
2  **BEASLEY, ALLEN, CROW, METHVIN,
   PORTIS & MILES, P.C.**
3  218 Commerce Street
   P.O. Box 4160
4  Montgomery, Alabama 36103
   Telephone: 334-269-2343
5  Facsimile: 334-954-7555
   Attorneys for Plaintiffs
6

7

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10                       SAN FRANCISCO DIVISION

11

12 | IN RE: BEXTRA AND CELEBREX         | Case No.: 07-0907 CRB
   | MARKETING SALES PRACTICES AND      |
13 | PRODUCT LIABILITY LITIGATION       | **MDL NO. 1699**
   |                                    | **District Judge: Charles R. Breyer**
14 |                                    |
15 | Jacky Boyett (AL), et al.,         |
   |                                    |
16 |                        Plaintiffs  | **STIPULATION AND ORDER OF**
   |                                    | **DISMISSAL WITH PREJUDICE**
17 | vs.                                |
18 | Pfizer Inc, et al.,                |
19 |                        Defendants. |

20

21     Come now the Plaintiffs Jacky Boyett (AL), and Mary Ruth Kendrick (MS), in the

22 above-entitled action and Defendants, by and through the undersigned attorneys, pursuant to

23 Federal Rule of Civil Procedure, Rule 41(a), and hereby stipulate to the dismissal of this action

24 **with prejudice** as to the plaintiffs named herein only with each side bearing its own attorneys'

25 fees and costs.

26

27

28

-1-

DATED: 11-17, 2009      By: _____

BEASLEY, ALLEN, CROW, METHVIN,
PORTIS & MILES, P.C.
218 Commerce Street
P.O. Box 4160
Montgomery, Alabama 36103
Telephone: 334-269-2343
Facsimile: 334-954-7555

*Attorneys for Plaintiffs*

DATED: Nov. 17, 2009      By: _____

**DLA PIPER LLP (US)**
1251 Avenue of the Americas
New York, New York 10020
Telephone: 212-335-4500
Facsimile: 212-335-4501

*Defendants' Liaison Counsel*

**PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.**

Dated: NOV 2 3 2009      _____
Hon. Charles R. Breyer
United States District Court

-2-

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

PFZR/1035934/1132569v.1
EAST\42581400.1